IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:01-00142 |
| GREGORY STEVEN HORN, | ) |
| Defendant. | ) |

## ORDER

The Government orally moves to dismiss the supervised release violations Petition, Document #89, which Motion is **GRANTED**.

Based on the ruling of the Sixth Circuit and instructions to this Court, the two hundred and four (204) month sentence imposed on May 16, 2002, Document #31, is **REINSTATED**. Further, the three (3) years of supervised release term and the special conditions are reinstated.

It is so ORDERED.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge